EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROBERt MOCO
        Plaintiff,

-against-

City of New York
Police Officers (John Doe) who made False Arrest
Witness (John Doe) who made False Accusations
        Defendants.
-----------------------------------------------------------X

**AMENDED COMPLAINT**

17 CV 05261 (PKC)(LB)



Frist I want to represent my self I am emmigrand from Albania I have por English both writing and speakin.

Since october 2014 i have been Fight (2) open cases one Queens and one N.Y. N.Y. While being commited to OMH. CNYPC for competency No Law Library, No access to Legal paper work.

Criminal court in Queens I've requested Many times for Foil Freedom Information for access to my Low suit. I coll them my Family went to the window G-64 and agen they Refused to relese the Information for my cases te them. I colled manager and Judge chief and file complant with Inspector Ceneral for nufusal relese of Information on my cases Dismised file.

As soon as Disposition was receved I filled claim for Low suit But I am still waiting to receive the case file.

Lowyer refused to give peper work requested Both my Family and my self colled and wrate many time with no response I filled Grievence on Attorney for being inactive ad refusal of proper Counsel Grievence No: Q-942-12 Address - 335 Adams St suit 2400 Brooklyn New York 11201.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Robert Moco
_____

                    Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

City of New York.
Police officers (John Doe) who made
False Arrest.
Witness (John Doe) made False
Accusations.

                    Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**AMENDED**

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

17-CV-05261 PKC LB

JURY DEMAND
YES ✓    NO ____

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** Robert Moco

If you are incarcerated, provide the name of the facility and address:

P.O. Box 300 Marcy, N.Y 13403

Prisoner ID Number: 15R2643

1

If you are not incarcerated, provide your current address:

N/A

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

John Doe
Full Name

Police officers: Pct-114: ID 929054
Job Title

34-16 Astoria Boulevard 11103
Address

Defendant No. 2

John Doe (witness)
Full Name

_____
Job Title

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

2

|  | _____ |
|---|---|
|  | Address |
| Defendant No. 4 | _____ |
|  | Full Name |
|  | _____ |
|  | Job Title |
|  | _____ |
|  | _____ |
|  | Address |
| Defendant No. 5 | _____ |
|  | Full Name |
|  | _____ |
|  | Job Title |
|  | _____ |
|  | _____ |
|  | Address |

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? *(Unknow)*

When did the events happen? (include approximate time and date) *November, 07-2012 10:23 AM (10:2300)*

3

Facts: (what happened?) On November, 07, 2012 I was driving by 23 Av and 36th with my grlfriend At the corner. I enter a small Parking lot that Belong' to a Greek Ortherdocs church, And I sow a van On my Property, I Ask a gay who was there and he said it belong to the Masqid thats Accross to the street. I Ask a gay from the Mosqid to remove or I will coll the police. After he refuse I Called the police there After the police Arrive and the gay Said that the property belong'to the Mosqid and that he didni have the paper work At the time but that he can produce it At A Later time. And After I left with my grlfriend and went to the Bank, in which I withdrew money in the Amount of $200.00 then I Drive Back to my Job on Ditmars Blvd and 41st Another officer that Bolong to N.Y.PD stop me and then Arrested me At 10:30 for broken property. After this I was hold at the precint and then to central Booking for 72 Hours and Charged me with AN E-felony After this on September 26, 2013 my Case was Dismissed
Arrest PCt. 114

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Injuries, Pain and suffering, emotional Trouma, Distress and Medical expenses, sland my Name"

4

acts: (what happened?)

Frist I want to represent my self I am emmgrand From Albania have por English both writing and speakin.

Snce october 2014 i have been Fight (2) open cases one Queens and one N.Y. N.Y. While being Commited to OMH. CNYPC for Competency No Low Library. No access to Legal peper work

Criminal Court in Queens I've requested Many times for Foil Freedom Information for access to my Low suit. I coll them my Family went to the window G-64 and agen they Refused to relese the Information for my cases te them. I colled manager and jodye chief and file Complant with Inspector Leneral for rufusal relese of Information on my cases Dismissed file.

As soon os Disposition was receved I filled Claim for Low suit But I am still waiting to receive the cases file.

Lowyer refused to give peper work requested Both my Family and my self colled and wrate many time with no respons I filled Grievence on Attorney for being Inactive ad refusal of proper Counsel.

Grievence No: Q-942-12. Address 335 Adoms st suit 2400 Brooklyn New York 11201.

(4)

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

$ 250.000 - two Hundred fifty tHousend dollars

I declare under penalty of perjury that on 3-8-2018 (date), I delivered this complaint to prison authorities at C N Y P C (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-8-2018

_____
Signature of Plaintiff

C N Y P C
Name of Prison Facility or Address if not incarcerated

P.O. Box 300 Marcy NY 13403

Address

15R2643
Prisoner ID#

rev. 12/1/2015

5

FROM: ROBERT MOCO C.#597338
CNYPC P.O. Box 300
Nancy, NY 13403

United States District Court
Eastern District of New York
U.S. Court House
225 Codman Plaza East
Brooklyn New York 11201